IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:25-cr-0011 |
| ) | |
| **ENRIQUE ROBERTO RODRIGUEZ FIGUEROA,** ) ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated June 23, 2025, ECF No. 43, recommending that the Defendant's plea of guilty to Count Two of the Indictment, a violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(a) and a violation of Title 18, United States Code, Section 2, be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 43, is **ADOPTED;** it is further

**ORDERED** that Defendant Enrique Roberto Rodriguez Figueroa's plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Enrique Roberto Rodriguez Figueroa is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **August 6, 2025;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **August 20, 2025;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **September 3, 2025;** it is further

*United States v. Rodriguez Figueroa*
Case No. 3:25-cr-0011
Order
Page **2** of **2**

**ORDERED** that the parties shall file their sentencing memoranda no later than **September 17, 2025;** it is further

**ORDERED** that a sentencing hearing shall be held on **October 2, 2025, at 10:00 A.M. in STT Courtroom No. 1**.


**Dated: July 7, 2025**                              */s/ Robert A. Molloy*_____
                                                     **ROBERT A. MOLLOY**
                                                     **Chief Judge**